**Lawrence Michael DONNELLY,
Plaintiff-Appellant,**

v.

**AMERICAN FAMILY MUTUAL
INSURANCE COMPANY,
Defendant-Respondent.**

No. 47785.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 21, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 16, 1984.

Application to Transfer Denied
Nov. 20, 1984.

Lewis Steven Goldblatt, St. Louis, for plaintiff-appellant.

Robert A. Wulff, St. Louis, for defendant-respondent.

## ORDER

### PER CURIAM.

Plaintiff appeals from a summary judgment entered in favor of defendant on plaintiff's action to recover damages under the uninsured motorist provisions of insurance policies issued by defendant. The judgment is affirmed in accordance with Rule 84.16(b).